## Brown et al. *v.* Lieberman et ux., Appellants.

Argued January 5, 1944. Before MAXEY, C. J., DREW, LINN, STERN, PATTERSON, STEARNE and HUGHES, JJ.

reargument refused April 11, 1944.

*S. Maxwell Flitter,* with him *Russell C. Mauch,* for appellants.

*Calvin F. Smith,* for appellees.

PER CURIAM, March 27, 1944:

Counsel for appellees stated at oral argument before this Court that a good and sufficient deed to the property described in the sheriff's deed would be executed and delivered to the Township of Lower Nazareth, conveying the property to said Township, the judgment creditor. Therefore, upon the execution and delivery of such deed by Asher T. Brown and Oliver S. Woodring, conveying said property free from all encumbrances, the appeal will be dismissed. Costs to be paid by the Township.